ORIGINAL

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

LEENA N. BLOCKER
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: leena.blocker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 03 2018
at 5 o'clock and 00 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: **CR18 00013 KJM** |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| vs. | ) | [18 U.S.C. § 13, |
| | ) | H.R.S. § 291E-61(a)(1) & |
| | ) | (3)] |
| | ) | |
| DARIUS R. POOLE, | ) | CIT. NO.: 7022028/H20 |
| | ) | |
| Defendant. | ) | A&P: 1/10/18 |
| | ) | |

**INFORMATION**

The United States Attorney charges:

That on or about OCTOBER 15, 2017, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, to wit:  JOINT BASE PEARL HARBOR HICKAM, HAWAII, DARIUS R. POOLE, defendant herein, did unlawfully operate or assume actual physical control

of a vehicle on a public street, road or highway, while under the influence of alcohol in an amount sufficient to impair his normal mental faculties or ability to care for himself and guard against casualty.

All in violation of Hawaii Revised Statutes, Sections 291E-61(a)(1)&(3), and Title 18, United States Code, Section 13.

DATED: JANUARY 3, 2018, at Honolulu, Hawaii.

> ELLIOT ENOKI
> Acting United States Attorney
> District of Hawaii
>
> By _/s/ Leena Blocker_
> LEENA N. BLOCKER
> Special Assistant U.S. Attorney
>
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA

U.S. vs. DARIUS R. POOLE
CR. NO.: CR18 00013 KJM
CIT. NO.: 7022028/H20 [OVUII]
"INFORMATION"